

# NUMBER 13-18-00627-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MATIAS PEÑA JR. D/B/A PEÑA FARMS

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Rodriguez, Contreras, and Benavides**
**Per Curiam Order**

Relator Matias Peña Jr. d/b/a Peña Farms filed a petition for writ of mandamus in the above cause on November 13, 2018. Through this original proceeding, relator seeks to compel the trial court to (1) vacate its November 1, 2018 order granting a motion to extend postjudgment deadlines, and (2) if applicable, vacate any other orders signed after the expiration of the trial court's plenary power.

The Court requests that the real party in interest, Edson Amaro, or any others whose interest would be directly affected by the relief sought, file a response to the

petition for writ of mandamus on or before the expiration of ten days from the date of this

order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 19th
day of November, 2018.